**Case No. 25-5887**

# IN THE UNITED STATES COURT OF APPEALS
## FOR THE NINTH CIRCUIT

CATHERINE PALAZZO and PETER HACKINEN, *on their own behalf and on behalf of other similarly situated persons,*

Plaintiffs–Appellants,

v.

NATIONSTAR MORTGAGE LLC and FEDERAL HOME LOAN MORTGAGE ASSOCIATION,

Defendants–Appellees.

On Appeal from the United States District Court
for the Western District of Washington
Case No. 2:24-cv-00444-BJR
Hon. Barbara J. Rothstein

**APPELLANTS' EXCERPTS OF RECORD
VOLUME 11 of 11 – UNDER SEAL**

| | |
|---|---|
| Phillip Robinson | Christina Latta Henry |
| Consumer Law Center, LLC | Devlin Law Firm, LLC |
| 1220 Blair Mill Rd., Suite 1105 | 6100 219th St SW Ste. 480 PMB 398 |
| Silver Spring, MD 20910 | Mountlake Terrace, WA 98043 |
| (301) 448-1304 | (206) 319-0077 |

*Attorneys for Plaintiffs–Appellants*

# EXHIBIT 6

# CONDITIONALLY UNDER SEAL

ER-002318

**Nationstar Mortgage LLC**

**Payoff Statement Fee Matrix Final: 11/17/15**

Approved by Legal Dept: 07/08/15

Covers Laws Effective as of: 04/15/15; Laws Updated in Part: 11/17/15

**General**

This matrix addresses fees charged by Nationstar for preparing and delivering payoff statements.  It reflects the fee decisions made by Nationstar in light of applicable laws, regulations, and guidelines in accordance with the following parameters (not all inclusive)



**FHA**

**Non-FHA**

| State | Applicability | Free Statements | Statement Fee | Expedited Delivery | Comments |
|---|---|---|---|---|---|
| Alabama | | | | $0 | |
| Alaska | | | | $25 | |
| | | | | $0 | |
| Arizona | | | | $20 | |
| Arkansas | | | | $25 | |
| California | | | | $20 | |
| | | | | $25 | |
| Colorado | | | | $25 | |
| | | | | $25 | |
| | | | | $0 | |
| Connecticut | | | | $25 | |
| Delaware | | | | $25 | |
| | | | | $0 | |

ER-002319

| State | | | | Expedited Delivery | |
|---|---|---|---|---|---|
| District of Columbia | | | $0 | $25 | |
| Florida | | | | $25 | |
| Georgia | | | | $10 | |
| Guam | | | | $25 | |
| Hawaii | | | | $25 | |
| Idaho | | | | $25 | |
| Illinois | | | | $25 | |
| Indiana | | | | $0 | |
| Iowa | | | | $0 | |
| Kansas | | | | $0 | |
| Kentucky | | | | $25 | |
| Louisiana | | | | $25 | |
| Maine | | | | $25 | |
| Maryland | | | $0 | $25 | |
| Massachusetts | | | | $0 | |
| Michigan | | | | $0 | |
| Minnesota | | | | $25 | |
| | | | | $25 | |
| | | | | $0 | |
| Mississippi | | | | $25 | |
| Missouri | | | | $25 | |
| | | | | $0 | |
| | | | | $0 | |
| Montana | | | | $25 | |
| Nebraska | | | | $25 | |
| Nevada | | | | $0 | |
| New Hampshire | | | | $0 | |
| | | | | $25 | |
| New Jersey | | | | $0 | |
| New Mexico | | | | $25 | |
| New York | | | | $25 | |

ER-002320

| | | | |
|---|---|---|---|
| North Carolina | | $25 | |
| North Dakota | | $0 | |
| Ohio | | $25 | |
| | | $0 | |
| Oklahoma | | $25 | |
| | | $0 | |
| Oregon | | $25 | |
| Pennsylvania | | $25 | |
| Puerto Rico | | $25 | |
| Rhode Island | | $25 | |
| South Carolina | | $25 | |
| | | $0 | |
| South Dakota | | $25 | |
| Tennessee | | $0 | |
| Texas | | $25 | |
| | | $25 | |
| | | $0 | |
| | | $0 | |
| Utah | | $25 | |
| Vermont | | $25 | |
| Virgin Islands | | $25 | |
| Virginia | | $0 | |
| | | $0 | |
| Washington | $0 | $25 | |
| West Virginia | | $0 | |

ER-002321

| | | | |
|---|---|---|---|
| **Wisconsin** | | $25 | |
| **Wyoming** | | $25 | |
| | | $0 | |
| | | $0 | |
| | | | |

**Change Log**

| Date | State/Authority | Action Taken / Change Made |
|---|---|---|
| 4/15/2015 | All | |
| 11/17/2015 | CA | |
| 11/17/2015 | OH | |
| 11/17/2015 | RI | |
| 1/23/2019 | VA | |

ER-002323

# EXHIBIT 11

# CONDITIONALLY UNDER SEAL

# Payoff Quote Request

