**Case No. 25-5887**

**IN THE UNITED STATES COURT OF APPEALS**
**FOR THE NINTH CIRCUIT**

---

CATHERINE PALAZZO and PETER HACKINEN, *on their own behalf and on behalf of other similarly situated persons,*

Plaintiffs–Appellants,

v.

NATIONSTAR MORTGAGE LLC and FEDERAL HOME LOAN MORTGAGE ASSOCIATION,

Defendants–Appellees.

---

On Appeal from the United States District Court
for the Western District of Washington
Case No. 2:24-cv-00444-BJR
Hon. Barbara J. Rothstein

---

# Motion for Leave to File Brief of National Association of Consumer Advocates, Protect Borrowers, National Fair Housing Alliance, Civil Justice, Inc., and Community Legal Services as Amici Curiae in Support of Plaintiffs-Appellants

---

Angel E. Reyes
Power to the People Law PLLC
1601 Connecticut Ave NW, Ste 800
Washington, DC 20009
Angel@powertothepeoplelaw.com

Peter A. Holland
The Holland Law Firm, P.C.
914 Bay Ridge Rd, Ste 230
Annapolis, MD 21403
Peter@hollandlawfirm.com

*Attorneys for Amici Curiae*

\

Under Federal Rule of Appellate Procedure 29(a)(3) and Ninth Circuit Rule 29-1(a), National Association of Consumer Advocates ("NACA"), Protect Borrowers, National Fair Housing Alliance ("NFHA"), Civil Justice, Inc., and Community Legal Services of Prince George's County ("CLS") (collectively, "Amici") respectfully move for leave to file the attached amicus curiae brief in support of Plaintiffs-Appellants.[1]

## I. Proposed Amici Are Leading Consumer Protection Organizations with Decades of Experience Combating Predatory Practices

Through their advocacy and direct legal services, the proposed Amici work with consumers living paycheck to paycheck. From this vantage point, they have firsthand knowledge of the burdens that junk fees can impose on consumers. The proposed Amici ask this court to construe the legal issues in this case with an eye toward the remedial purposes of federal consumer protection laws and the statute of frauds.

**The National Association of Consumer Advocates (NACA)** is a nonprofit association of more than 1,600 attorneys and consumer

[1] Amici sought consent from the parties to file the proposed brief. Appellants consent. Appellees have, as of the time of this filing, not responded.

\

advocates whose members have represented hundreds of thousands of consumers in consumer protection matters. NACA's members have a direct interest in ensuring that the FDCPA is interpreted consistently with its text and remedial purposes, as erroneous interpretations directly affect their clients' ability to obtain meaningful redress.

**Protect Borrowers (a fiscally sponsored project of Shared Ascent Fund)** was founded in 2018 by former officials of the Consumer Financial Protection Bureau. Through litigation and policy advocacy, Protect Borrowers has taken action against junk fees that exploit borrowers and urged regulators to do the same, particularly where such fees target vulnerable consumers at moments of financial distress. Unfair debt collection practices, like the ones at issue in this case, are precisely the type of practice that Protect Borrowers was founded to combat.

**The National Fair Housing Alliance (NFHA)**, founded in 1988, is a consortium of more than 220 private, non-profit fair housing organizations, state and local civil rights agencies, and individuals dedicated to providing fair, open, and equal access to housing for all. NFHA and many of its members provide pre-purchase and foreclosure prevention counseling to homeowners and have witnessed firsthand the

\

devastation wrought by predatory lending, unfair servicing practices, and the resulting foreclosures, particularly in communities of color.

**Civil Justice, Inc.** is a non-profit, public interest organization that has represented hundreds of Maryland consumers individually and thousands in public interest litigation who have been victimized by predatory practices in violation of state and federal consumer protection statutes.

**Community Legal Services of Prince George's County** provides free legal services to low-income individuals and families, providing civil legal assistance to nearly 14,000 community members annually. Community Legal Services frequently represents tenants and homeowners who are harmed by the widespread use of “junk fees” and relies on published judicial decisions interpreting consumer protection laws to provide meaningful relief to its clients.

## II. Proposed Amici Offer Critical Perspectives on Consumer Harm, Fair Lending, and Competitive Distortion That the Parties Are Not Positioned to Provide

The proposed amicus brief will assist the Court by providing perspectives and information that supplement the parties' arguments

\

and that the parties are not positioned to offer.

First, Amici offer unique, on-the-ground perspective regarding the real-world harms caused by mortgage servicing junk fees. As organizations that counsel homeowners, represent aggrieved borrowers, and advocate for consumer protection reforms, Amici can provide the Court with critical context about how payoff statement fees and similar junk fees operate in practice. Amici's direct experience working with borrowers facing foreclosure, pursuing refinancing, or selling homes under deadline pressure illuminates why these fees target consumers at their most vulnerable moments—and why permitting such practices would cause substantial harm to borrowers nationwide.

Second, the proposed brief addresses the disproportionate impact of junk fees on minority and low-income communities. A substantial body of research, which Amici present in their brief, documents that minority borrowers face systematically higher costs in mortgage markets at every stage. The organizations represented in this motion have particular expertise regarding fair lending issues and the intersection of consumer protection law and civil rights. This perspective is directly relevant to this case because the harms from unfair mortgage servicing practices

\

compound existing disparities, a consideration important to the Court's understanding of the FDCPA's remedial purpose.

Third, Amici highlight the FDCPA's often-overlooked dual purpose of protecting both consumers and law-abiding businesses. Congress enacted the FDCPA not only to eliminate abusive collection practices but also to "insure that those debt collectors who refrain from using abusive debt collection practices are not competitively disadvantaged." 15 U.S.C. § 1692(e). The district court's ruling, which permits Nationstar to charge a fee that other major servicers do not charge, creates exactly the "race to the bottom" that the statute was designed to prevent. Amici are positioned to explain how this ruling would distort competition in the mortgage servicing industry and harm honest businesses that follow the law.

Fourth, the proposed brief addresses the statute of frauds implications of Nationstar's "separate agreement" defense—a legal issue with nationwide significance. As Amici explain in the proposed brief, permitting servicers to add fees to mortgage obligations through website checkboxes and phone disclosures would violate the statute of frauds in most states and territories. If Nationstar's theory prevails, it would open

\

the door to unlimited fee extraction by mortgage servicers and others, which the Court should consider in resolving the issues on appeal.

Fifth, the issues presented in this appeal have implications extending well beyond the parties to this litigation. The residential mortgage servicing industry handles more than $13 trillion in mortgage balances. A ruling permitting servicers to extract fees through informal "agreements" would affect millions of borrowers and set a precedent that could undermine consumer protection laws across multiple states.

## **Conclusion**

For the foregoing reasons, Amici respectfully request that this Court grant leave to file the attached amicus curiae brief.

\

Date: January 6, 2026 Respectfully submitted,

_/s/ Angel E. Reyes_
Angel E. Reyes
Power to the People Law PLLC
1601 Connecticut Ave NW
Suite 800
Washington, DC 20009
Angel@powertothepeoplelaw.com
(202) 952-3200

Peter A. Holland
The Holland Law Firm, P.C.
914 Bay Ridge Rd, Ste 230
Annapolis, MD 21403
Peter@hollandlawfirm.com
(410) 280-6133

*Attorneys for Amici Curiae*

# Certificate of Service

I hereby certify that, on January 6, 2026, I electronically filed the foregoing with the Clerk of the Court for the U.S. Court of Appeals for the Ninth Circuit by using the appellate CM/ECF system.

I further certify that all participants in the case are registered CM/ECF users and will be served by the appellate CM/ECF system.

*/s/ Angel E. Reyes*
Angel E. Reyes

*Attorney for Amici Curiae*